FEDERATED DEPARTMENT STORES, INC. *v.*
GEROSA, COMPTROLLER OF THE
CITY OF NEW YORK.

No. 171. Decided January 9, 1967.

*Wilbur H. Friedman* and *George G. Gallantz* for appellant.

*J. Lee Rankin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.